AVIVA SPORTS, INC., A Minnesota Corporation, Plaintiff–Appellee

v.

FINGERHUT DIRECT MARKETING, INC., A Delaware Corporation, Menard, Inc., A Wisconsin Corporation, Kmart Corporation, A Michigan Corporation, Defendants–Appellants.

Manley Toys, Ltd., dba Manley Toys, dba Toyquest, A Hong Kong, China Corporation, Defendant.

No. 2014–1394.

United States Court of Appeals, Federal Circuit.

Feb. 10, 2016.

John Thomas Vitt, Dorsey & Whitney LLP, Minneapolis, MN, argued for plaintiff-appellee. Also represented by David Youngert Trevor, Michael Weinbeck.

Thomas Schmidt, Hogan Lovells U.S. LLP, New York, NY, argued for defendants-appellants. Also represented by Neal Kumar Katyal, Washington, DC.

PROST, Chief Judge, NEWMAN and LOURIE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

In re GEVO, INC., Appellant.

No. 2015–1317.

United States Court of Appeals, Federal Circuit.

Feb. 10, 2016.

Stephen R. Smith, Cooley LLP, Washington, DC, argued for appellant. Also represented by Thomas Andrew Blinka.

Jeremiah Helm, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Thomas W. Krause, Scott Weidenfeller, Stacy Beth Margolies.

PROST, Chief Judge, NEWMAN and LOURIE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.